UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RALPH V. TOLAND                          CIVIL ACTION

VERSUS                                   NUMBER: 11-02728

ANTILL PIPELINE CONSTRUCTION             SECTION: "I"(5)
COMPANY, INC. ET AL.


      This Court has been advised that the above-captioned
case has settled.  The U.S. Magistrate Judge and counsel are
thanked for their assistance.

      New Orleans, Louisiana, this 16th day of May, 2012.


LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE